COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of S.E.W.

Appellate case number:   01-14-00948-CV

Trial court case number: 2013-06519J

Trial court:             257th District Court of Harris County

Appellant, L.W., filed a notice of appeal from the trial court's final order terminating her parental rights to her minor child. The clerk's record was filed in this Court on December 10, 2014. The court reporter's record was filed on December 31, 2014. Appellant's brief, therefore was due no later than January 20, 2015. To date, appellant has not filed a brief in this appeal and counsel has not communicated with the Court about the case.

The clerk's record shows that the trial court determined that appellant was indigent and appointed Karen Nudelman as appellant's counsel. Although the record does not include a motion to withdraw or an order allowing counsel to withdraw, appellant filed her notice of appeal pro se and the trial court clerk indicated that appellant is "pro se." However, appointed counsel's duties continue until the termination proceedings are dismissed or finally concluded unless the attorney is relieved or replaced "after a finding of good cause is rendered by the court on the record." TEX. FAM. CODE ANN. § 107.016(2) (West 2014); *see id* § 107.013; *In re E.A.F.*, 424 S.W.3d 742, 747 (Tex. App.—Houston [14th Dist.] 2014, no pet.).

**Accordingly, appellant must file, within 10 days of the date of this notice, a brief accompanied by a motion for an extension of time or a motion to extend time to file a brief. Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible.** *See* **Tex. R. Jud. Admin. 6.2,** *reprinted in* **TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West 2013). No extensions will be granted absent extraordinary circumstances. If appointed counsel has been relieved of her duties as appellant's counsel, counsel should notify the Clerk of this Court and provide a copy of the appropriate trial court order, no later than 5 days after the date of this order.**

Unless this Court receives a satisfactory response, the Court may order the trial court to immediately conduct a hearing on the record to determine whether appellant desires to prosecute

her appeal, whether appellant is indigent, whether counsel has abandoned the appeal, and whether other counsel should be appointed. *See* TEX. FAM. CODE ANN. § 107.016(2) (West 2014); *Moreno v. Tex. Dep't of Family & Protective Servs.*, No. 03-11-00593-CV, 2012 WL 5192766, at *1 (Tex. App.—Austin Oct. 18, 2012, no pet.) (mem. op.).

It is so ORDERED.

Judge's signature: /s/ <u>Terry Jennings</u>
                 ☑ Acting individually     ☐ Acting for the Court

Date: January 22, 2015